**Motion Granted and Order filed March 17, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00144-CV
_____

## IN RE SOLIDWOOD FOREST EXPRESS, LLC, D/B/A TOMBALL FOREST EXPRESS, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 157th District Court
### Harris County, Texas
### Trial Court Cause Nos. 2019-03774 and 2019-03774-A

---

## ORDER

On March 16, 2021, relator, Solidwood Forest Express, LLC, d/b/a Tomball Forest Express ("Tomball"), filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Tomball asks this Court to order the Honorable Tonya Garrison, Judge of the 157th District Court, Harris County, Texas, to set aside (1) her order dated August 4, 2020 in trial court cause number 2019-04774, *Schnell v. Mendez et al.* ("the Order"); and (2) her judgment dated October 16, 2020 in trial court number 2019-04774A, *Schnell v. Solidwood Forest Express, LLC, d/b/a*

*Tomball Forest Express* ("the Judgment"). Tomball claims the Order and Judgment are void.

Contemporaneously with its petition for writ of mandamus, Tomball filed an emergency motion for temporary relief. *See* Tex. R. App. P. 52.10. Tomball's motion asks that this court stay: (1) the Judgment; and (2) "any and all efforts to execute or collect as to" the Judgment. Tomball certified that the real party in interest, Steven Patrick Schnell ("Schnell"), is unopposed to the motion.

It appears from the facts stated in the petition that Tomball's request for relief requires further consideration and that Tomball will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10. We therefore order as follows:

1. Tomball's emergency motion is granted.

2. The Judgment is stayed, and no efforts shall be made to execute or collect the Judgment.

3. This order is effective until final decision by this court of Tomball's petition for writ of mandamus, or until further order of this court. *See* Tex. R. App. P. 52.10(b).

The court requests a response from Schnell to Tomball's petition for writ of mandamus. The response is due on or before **Monday, March 29, 2021**.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.